**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Civil Action Number:**  16-cv-22319-COOK/TORRES

ANDRES GOMEZ,

     Plaintiff,

vs.

KNOLL, INC.,

    Defendant.

---

## NOTICE OF SETTLEMENT

---

Plaintiff, Andres Gomez, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 21st day of September, 2016.

*s/ Scott R. Dinin*
Scott R. Dinin
SCOTT R. DININ P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Facsimile: (786) 513-7700
Email: inbox@dininlaw.com
*Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this this 21st day of September, 2016, the foregoing

**NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF,

which caused a copy of the same to be served electronically to:

Jessica B. Jackler, Esq. (FBN. 65707)
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Email: Jessica.jackler@jacksonlewis.com
*Counsel for the Defendant*


                                                    *s/ Scott R. Dinin*